**UNITED STATES of America, Plaintiff–Appellee/Cross– Appellant,**

v.

**Thomas Jeffrey FRISBY, Defendant– Appellant/Cross–Appellee.**

**No. 01–4173, 01–4240.**

United States Court of Appeals, Sixth Circuit.

Aug. 6, 2002.

Before SILER, COLE, and CLAY, Circuit Judges.

The defendant appealed · his conviction and sentence for failure to file tax returns and endeavoring to obstruct the administration of laws. The government cross-appealed. In view of the defendant's death, the parties have filed a joint stipulation to remand this matter to the district court to vacate the conviction. When a criminal defendant dies while a direct appeal is pending, the case abates and the action must be remanded to the district court for dismissal of the indictment. *United States v. Wilcox,* 783 F.2d 44 (6th Cir.1986).

Therefore, it is ORDERED that this appeal and cross-appeal be remanded to the district court to vacate the conviction and dismiss the indictment.